# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ANNIE MAE WRIGHT MILLSAPP,**
      **Plaintiff,**

    v.                                   Case No. 13-C-0871

**SOCIAL SECURITY ADMINISTRATION, et al.,**
      **Defendants.**

---

## DECISION AND ORDER

Plaintiff Annie Mae Wright Millsapp, proceeding pro se, has filed a complaint against fourteen different individuals and entities. She has also filed a petition to proceed in forma pauperis. Having reviewed her petition to proceed in forma pauperis, I conclude that she meets the poverty requirements of 28 U.S.C. § 1915(a). Therefore, the petition will be granted. However, under § 1915(e)(2), a court must dismiss a complaint if, among other things, the action is frivolous or malicious or fails to state a claim on which relief may be granted. The allegations of plaintiff's complaint are extremely unclear, and I cannot identify any potentially nonfrivolous claims. Thus, the present complaint will be dismissed.

However, I will give plaintiff leave to file an amended complaint. In drafting this complaint, plaintiff should attempt to state her claims simply and clearly. I would try to give the plaintiff some further guidance to help her draft her amended complaint, but because I am having a hard time identifying any potentially viable claims in the existing complaint, I do not know what else to tell her. In any event, if plaintiff chooses to file an amended complaint, she must file it within thirty days. If she does not file an amended complaint within that time, I will dismiss this action without prejudice.

Accordingly, **IT IS ORDERED** that plaintiff's motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2).

**FINALLY, IT IS ORDERED** that plaintiff may file an amended complaint within **30 DAYS** of the date of this order. If plaintiff does not file an amended complaint within that time, I will dismiss this case without prejudice.

Dated at Milwaukee, Wisconsin, this 10th day of August, 2013.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge