UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ANNIE MAE WRIGHT MILLSAPP,**
        **Plaintiff,**

    v.                                            Case No. 13-C-0871

**SOCIAL SECURITY ADMINISTRATION, et al.,**
        **Defendants.**

## ORDER

In my prior order in this case, I dismissed the pro se plaintiff's complaint but granted her leave to file an amended complaint within thirty days. I informed her that I would dismiss this action without prejudice if she did not file an amended complaint within that time. Thirty days have expired, and the plaintiff has not filed an amended complaint. Accordingly, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2013.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge